CHARLES MURADIAN, ADMINISTRATOR AD PROSEQUEN-DUM, PLAINTIFF, v. JOSEPH PAGANESSI, DEFENDANT.

Decided October 19, 1925.

On rule for new trial.

Before. GUMMERE, CHIEF JUSTICE, and Justices KALISCH and CAMPBELL.

For the plaintiff, *Gross & Gross.*

For the defendant, *McDermott, Enright & Carpenter.*

PER CURIAM.

This is an action to recover damages under the Death act, resulting in a verdict for the plaintiff in the sum of $100.

Plaintiff has a rule to show cause why such verdict should not be set aside as inadequate.

We find it to be so inadequate that it must be set aside.

The rule to show cause is therefore made absolute, with costs.